No. 02–1478. SHEEHAN, TRUSTEE, ET AL. *v.* WEST VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION. C. A. 4th Cir. Certiorari denied. ▮

No. 03–871. MCENROE ET AL. *v.* RAMIREZ. C. A. 9th Cir. Certiorari denied. ▮

No. 03–879. COMMISSIONER OF REVENUE OF MASSACHUSETTS *v.* H. J. WILSON CO., INC. C. A. 6th Cir. Certiorari denied. ▮

No. 03–1138. TURN-KEY-TECH, LLC *v.* NATIONAL FILM LABORATORY, INC., DBA CREST NATIONAL OPTICAL MEDIA, ET AL. C. A. Fed. Cir. Certiorari denied. ▮

No. 03–1172. LINSENMEYER ET UX. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 03–1187. ALLOC, INC., ET AL. *v.* INTERNATIONAL TRADE COMMISSION ET AL. C. A. Fed. Cir. Certiorari denied. ▮

No. 03–1203. RELIANCE STANDARD LIFE INSURANCE CO. *v.* LASSER. C. A. 3d Cir. Certiorari denied. ▮

No. 03–1226. HUNTER *v.* MUELLER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1316. NEIL *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–1321. ROTEC INDUSTRIES, INC. *v.* MITSUBISHI CORP. ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 03–1323. BROOKS-MCCOLLUM *v.* BERRY ET AL. C. A. 3d Cir. Certiorari denied. ▮